IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**THE UNITED STATES OF AMERICA**
ex. rel. **GORDON GRANT BACHMAN**

    **Plaintiffs,**

vs.                                                          **CIVIL ACTION NO. 3:13-cv-0023-M**

**HEALTHCARE LIAISON PROFESSIONALS,
INC. d/b/a US PHYSICIAN HOME VISITS et. al.**

### PLAINTIFF'S/RELATOR'S NOTICE OF PARTIALVOLUNTARY DISMISSAL OF DEFENDANT ASSUREX HEALTH, INC.

COMES NOW, Plaintiff/Relator, by and through his attorneys, James "Rusty" Tucker of the Law Offices of James R. Tucker, P.C., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and file this his Notice of Voluntary Dismissal With Prejudice as to the Relator as to Defendant Assurex Health, Inc. ONLY, and in support thereof would show the following:

1. Plaintiff's/Relator's Third Amended Complaint was filed in this matter on May 2, 2018 against Defendant Assurex Health, Inc. and other Defendants. Plaintiff/Relator hereby gives notice that Defendant Assurex Health, Inc. only is dismissed from this action With Prejudice as to the Relator pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Counsel for the Defendant has agreed to the relief requested by this Motion as reflected by his signature below.

2. The United States government consents to the dismissal so long as the dismissal is without prejudice to the rights of the United States government.

DATED, this the 18th day of December, 2018.

RESPECTFULLY SUBMITTED

LAW OFFICES OF JAMES R. TUCKER, P.C.

/s/ James Rusty Tucker
JAMES "RUSTY" TUCKER
LAW OFFICES OF JAMES R. TUCKER, P.C.
STATE BAR NO. 20272020
3100 DREXEL DRIVE
DALLAS, TX 75205
214-505-0097 (PHONE)
214-599-8874 (FACSIMILE)
rusty@rustytuckerlaw.com

Agreed Stipulation to Dismissal Per F.R.C.P. Rule 41(a)(1):

/s/Jared Slade
Jared Slade
Alston & Bird LLP
2200 Ross Ave., Ste. 2300
Dallas, Texas 75201

COUNSEL FOR DEFENDANT
ASSUREX HEALTH, INC.

## CERTIFICATE OF CONFERENCE

This is to confirm that I conferred with counsel for Defendant Assurex Health, Inc. via e-mail, and he is not opposed to the relief sought by this Motion and has agreed to the dismissal as reflected above. I also conferred with Assistant U. S. Attorney representing the United States government who consented to the dismissal so long as the dismissal is without prejudice to the rights of the United States government.

/s/ James Rusty Tucker
James Rusty Tucker

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

                                             /s/ James R. Tucker  
                                             James R. Tucker